UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLUMBIA CROSSING, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 07-cv-636-JPG |
| CITY OF COLUMBIA, ILLINOIS a Municipal Corporation, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendant City of Columbia, Illinois, and against plaintiff Columbia Crossing, L.L.C. and that this case is dismissed with prejudice.

**DATED:  July 24, 2008**          NORBERT JAWORSKI, CLERK


                                               s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**